# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2720 Disciplinary Docket No. 3 |
| | : | |
| WILLIAM S. WINTERS | : | Board File No. C1-20-245 |
| | : | |
| | : | (Supreme Court of New Jersey, |
| | : | D-162 September Term 2018) |
| | : | |
| | : | Attorney Registration No. 77228 |
| | : | |
| | : | (Out of State) |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2020, upon consideration of the responses to a Notice and Order directing William S. Winters to provide reasons against the imposition of a reciprocal five-year suspension, comparable to that imposed by the Supreme Court of New Jersey, William S. Winters is suspended from the practice of law in this Commonwealth for a period of five years. He shall comply with all the provisions of Pa.R.D.E. 217.